# Exhibit B

FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

ATTORNEYS & COUNSELORS AT LAW

April 17, 2007

Allied Home Mtg Capital Corp.
C/o: America's Wholesale Lender
99 Rosewood Drive
Suite 225
Danvers, MA 01923

**Re: Notice of Rescission by Kevin R. Gordon and Donna S. Gordon of 25 Roosevelt St., Warwick, RI 02888; Closing Date 03/03/2006**
**Loan Number: 127237288**

To Whom It May Concern:

I represent Kevin R. Gordon and Donna S. Gordon concerning the mortgage loan transaction they entered into with Allied Home Mtg Capital Corp. on March 3, 2006. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Gordon did not receive appropriate number of copies of his right to cancel and, Mrs. Gordon were not given any material disclosures in the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Allied Home Mtg Capital Corp. on the Gordon's property located at 25 Roosevelt St., Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Kevin and Donna S. Gordon,**
**By their Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
cc: Kevin R. Gordon and Donna S. Gordon