AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

KEVIN R. and DONNA S. GORDON
V.
ALLIED HOME MTG CAPITAL CORP., COUNTRYWIDE BANK, NA and AMERICA'S WHOLESALE LENDER as assignees of Allied Home Mtg Capital Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 218

TO: (Name and address of Defendant)

America's Wholesale Lender
c/o: Prentice -Hall Corp
System
222 Jefferson BLVD, Ste 200
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
P. O Box 479
Pawtucket, RI 02862

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

DATE 6/15/07

Barbara Barletta
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Sept. 24, 2007 |
| NAME OF SERVER (PRINT) George Tager | TITLE Constable 6043 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: 222 Jefferson Blvd Ste 200 Warwick, R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other (specify): Served Registed agent

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-24-07
Date

[signature]
Signature of Server

No Prov. R.I.
Address of Server

Rec. By

DATE 9-24-07

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

KEVIN R. and DONNA S. GORDON

V.

ALLIED HOME MTG CAPITAL CORP.,
COUNTRYWIDE BANK, NA and
AMERICA'S WHOLESALE LENDER as
assignees of Allied Home Mtg Capital Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 218

Countrywide Bank

TO: (Name and address of Defendant)

Countrywide Bank, N.A.
c/o: Prentice-Hall Corp
222 Jefferson BLVD Ste 200
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
P. O Box 479
Pawtucket, RI 02862

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the [illegible] Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

DATE 6/15/07

Barbara Barletta
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 9-24-07 |
|---|---|
| NAME OF SERVER (PRINT) George Tager | TITLE CONSTABLE 6043 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: 222 Jefferson Blvd Warwick, R.I. Ste 220

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Registed Agent

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-24-07 [signature]
Date Signature of Server

N Prov R.I.
Address of Server

Rec By Chris Bergner [illegible] Date 9-24-07

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.