UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEVIN R. AND DONNA S. GORDON,

Plaintiffs,

v.

ALLIED HOME MTG CAPITAL CORP., COUNTRYWIDE BANK, N.A. AND AMERICA'S WHOLESALE LENDER as Assignees of Allied Home Mtg Capital Corp.

Defendant.

Civil Action No. 07-218

**DEFENDANT AMERICA'S WHOLESALE**
**LENDER'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender hereby discloses that its parent corporation is Countrywide Financial Corporation, and that Countrywide Financial Corporation owns 10% or more of the stock of Countrywide Home Loans, Inc. [1]

[1] Plaintiffs named "America's Wholesale Lender, as assignee of Allied Home Mtg Capital Corp." as a defendant in this lawsuit. Plaintiffs Complaint, however, fails to identify the current assignee of the mortgage loan that is the subject of this lawsuit, "Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender." For purposes of answering and/or otherwise responding to the Complaint, and without waiving, but expressly reserving, any and all defenses arising from Plaintiffs' failure to name the proper party, "America's Wholesale Lender" is understood to mean and refer to "Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender."

Respectfully submitted,

AMERICA'S WHOLESALE LENDER

By their attorneys,

/s/ John B. Daukas_____________
John B. Daukas (R.I Bar No. 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Of Counsel:

U. Gwyn Williams
Jonathan W. Lent
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: October 15, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 15, 2007.

Dated: October 15, 2007

/s/ John B. Daukas_______________
John B. Daukas (R.I Bar No. 5437)

LIBA/1836809.1