UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEVIN R. and DONNA S. GORDON | : | |
| | : | |
| v. | : | C.A. No. 07-218-S |
| | : | |
| ALLIED HOME MTG CAPITAL CORP., | : | |
| COUNTRYWIDE BANK, N.A. and | : | |
| AMERICA'S WHOLESALE LENDER as | : | |
| Assignees of Allied Home Mtg Capital Corp. | : | |

**ALLIED HOME MORTGAGE CAPITAL CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant, Allied Home Mortgage Capital Corporation, hereby states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

DEFENDANT, ALLIED HOME
MORTGAGE CAPITAL CORPORATION
By its attorneys,

/s/ Patricia K. Rocha
Patricia K. Rocha, #2793
procha@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: October 18, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2007, I served a true copy of the within Corporate Disclosure Statement **by electronic means (ECF)** on Christopher M. Lefebvre, Esq., P.O. Box 479, Pawtucket, RI 02862 and John B. Daukas, Esq., Goodwin Procter LLP, Exchange Place, Boston, MA 02109-2881.

/s/ Patricia K. Rocha

*432394_1.doc*