UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KEVIN R. AND DONNA S. GORDON,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED HOME MTG CAPITAL CORP., COUNTRYWIDE BANK, N.A. AND AMERICA'S WHOLESALE LENDER as Assignees of Allied Home Mtg Capital Corp.<br><br>Defendant. | Civil Action No. 07-218 |

**DEFENDANT COUNTRYWIDE BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Countrywide Bank, N.A. hereby discloses that it is a wholly-owned subsidiary of the publicly-held Countrywide Financial Corporation.

Respectfully submitted,

COUNTRYWIDE BANK N.A.,

By its attorneys,

/s/ John B. Daukas______________
John B. Daukas (R.I Bar No. 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Of Counsel:

U. Gwyn Williams
Jonathan W. Lent
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: October 25, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 25, 2007.

Dated: October 25, 2007

/s/ John B. Daukas_____________
John B. Daukas (R.I Bar No. 5437)