**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEVIN R. and DONNA S. GORDON,** | : | |
| **Plaintiffs,** | : | **C.A. 07-218** |
| | : | |
| **VS.** | : | |
| | : | |
| **ALLIED HOME MTG CAPITAL** | : | |
| **CORP., COUNTRYWIDE BANK,** | : | |
| **N.A. AND AMERICA'S** | : | |
| **WHOLESALE LENDER as Assignees** | : | |
| **of Allied Home Mtg Capital Corp.** | : | |
| **Defendant.** | : | |

**PLAINTIFF'S ANSWER TO THE DEFENDANTS' COUNTERCLAIM**

Plaintiffs Kevin R. and Donna S. Gordon ("Plaintiffs") by and through their attorney, Christopher M. Lefebvre, hereby answer the Defendant's Counterclaim to the Plaintiffs' Complaint filed by the Defendant America's Wholesale Lender ("Defendant"), and states:

1. The allegations set forth in paragraphs 4, 5 and 6 state conclusions of law to which no response is required. To the extent a response is required, Plaintiffs deny such allegations.

2. The remainder of the Defendant's Counterclaim is a prayer for relief to which "Plaintiffs" are not required to respond. To the extent that a further response may be required, "Plaintiffs" pray that the Defendant's Counterclaim be dismissed with prejudice and that the Court enters a judgment in Plaintiffs favor on all counts of the Complaint, that "Plaintiffs" be awarded their costs and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiffs Kevin R. and Donna S. Gordon pray that the Court dismiss the Defendant's America's Wholesale Lender Counterclaim.

Respectfully submitted,

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre

P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Bar # 4019

## CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 30, 2007.

Dated: October 30, 2007

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre (Bar No.4019)