UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEVIN R. and DONNA S. GORDON,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED HOME MTG CAPITAL CORP., COUNTRYWIDE BANK, N.A. and AMERICA'S WHOLESALE LENDER as assignees of Allied Home Mtg Capital Corp.,<br><br>Defendants. | ) | C.A. No. 1:07-cv-00218-DLM |

**STIPULATION OF DISMISSAL**

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiffs hereby agree to dismiss their Complaint and Defendants agree to dismiss their right to Counterclaim, with prejudice, in the above-captioned action, each party to bear its own costs.



LIBA/1896256.1

Respectfully submitted,

KEVIN R. AND DONNA S. GORDON

By their attorneys,

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre (Bar # 4019)
CLAUDE LEFEBVRE, CHRISTOPHER LEFEBVRE P.C.
P.O. Box 479
Pawtucket, Rhode Island 02862
Tel.: (401) 728-6060
Fax: (401) 728-6534

Respectfully submitted,

ALLIED HOME MORTGAGE CAPITAL CORPORATION

By its attorneys,

/s/ Patricia K. Rocha
Patricia K. Rocha (Bar # 2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel.: (401) 274-7200
Fax: (401) 351-4607
procha@apslaw.com

Respectfully submitted,

COUNTRYWIDE BANK, N.A. and COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER

By their attorneys,

/s/ John B. Daukas
John B. Daukas (Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
Tel.: (617) 570-1000
Fax: (617) 523-1231
jdaukas@goodwinprocter.com

Of Counsel:

U. Gwyn Williams
Jonathan W. Lent
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
Tel.: (617) 570-1000
Fax: (617) 523-1231
gwilliams@goodwinprocter.com
jlent@goodwinprocter.com

Dated: August 1, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 1, 2008.

Dated: August 1, 2008

/s/ John B. Daukas
John B. Daukas



LIBA/1896256.1